THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-0026-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY APPEARANCE BOND |
| MICAH MARDO, | ) | |
| Defendant. | ) | |

This matter having come before the Court on Mr. Mardo's Unopposed Motion to Modify Appearance Bond, Dkt. 28, and the Court having reviewed the pleadings of the parties and the records and files, it is now therefore

ORDERED that Defendant's Motion to Modify Appearance Bond is GRANTED. The conditions of the Defendant's Appearance Bond are modified as follows:

DELETE:

> Defendant may have consensual communication and contact with K.M. regarding issues related to care of the children and/or the maintenance of their family home.

ADD:

> Defendant may have consensual communication and contact with K.M. except that he may not communicate with K.M. regarding her role as a witness or the allegations contained in the Indictment.

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO MODIFY HIS
APPEARANCE BOND
(*Micah Mardo;* CR18-0026RSM) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS SO ORDERED.

DONE this 6th day of June, 2018.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Micah Mardo

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO MODIFY HIS
APPEARANCE BOND
(*Micah Mardo;* CR18-0026RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**