THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-0026-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENSE REPLIES |
| MICAH MARDO, | ) | |
| Defendant. | ) | |

THE COURT having considered the unopposed motion of the defense requesting an extension of the due date for its two replies, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering an extension for the time in which to file defense replies.

IT IS THEREFORE ORDERED that the time within which defense reply briefs must be filed in this case is extended from April 12, 2019 to April 17, 2019.

DONE this 15th day of April, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND DEADLINE
FOR DEFENSE REPLIES
(*Micah Mardo*; CR18-26RSM)     - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Jennifer E. Wellman*
Jennifer E. Wellman

s/ *Chloe Akers*
Chloe Akers
Assistant Federal Public Defenders
Attorneys for Micah Mardo

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND DEADLINE
FOR DEFENSE REPLIES
(*Micah Mardo*; CR18-26RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**